**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bret Underhill,<br><br>        Plaintiff,<br><br>vs.<br><br>Sherwin-Williams Company, et al.,<br><br>        Defendants. | No. CIV 06-0234-PHX-DKD<br><br>**ORDER** |

        Pursuant to General Order No. 98-62 and LRCiv 3.8(e) of the Rules of Practice of the United States District Court for the District of Arizona, effective March 1, 1999, 25% of civil cases are randomly assigned to a U.S. Magistrate Judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

        Upon assignment of a case to a Magistrate Judge each party is required to complete and file and serve upon all other parties a form indicating whether that party wishes to consent to the assignment of the case to a Magistrate Judge. If all parties consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1) for all purposes, including trial and final entry of judgment. Any party is free to decline assignment of a case to a Magistrate Judge. If any party declines the Magistrate Judge option, the case will be randomly reassigned to a U.S. District Judge. To either consent to the assigned Magistrate Judge or to elect to have the case randomly assigned to a District Judge, the appropriate section

1  of the form, entitled Consent to Exercise of Jurisdiction by United States Magistrate Judge[1],
2  must be completed and signed.  The party filing the case or removing it to Federal Court is
3  responsible for serving all parties with the consent forms.  **Each party must file the completed**
4  **form and certificate of service with the Clerk of the Court not later than 20 days after**
5  **entry of appearance**, and must serve a copy by mail or hand delivery upon all parties of record
6  in the case.

7      A review of the Court's file indicates that only one party has filed the required Magistrate
8  Judge consent/District Judge election form.[2]  This case was removed from the Maricopa County
9  Superior Court on January 18, 2006.

10      It is unknown if a copy of the appropriate consent form, provided to Plaintiff by the
11  Clerk at the time the Complaint was filed, was served with the Complaint and Summons upon
12  the Defendants per the written instructions from the Clerk.

13      **IT IS ORDERED** that all parties to this action, if they have not already done so, shall
14  execute and file within 20 days of the date of this Order either a written consent to the exercise
15  of authority by the Magistrate Judge or a written election to have the case reassigned to a
16  District Judge.

17      DATED this 30th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Operations & Filing" at the left of the page, from the extended option menu, click on "Forms" and then double click on the appropriate form.

[2] To preserve and assure the complete voluntariness of election, unless all parties have consented, an individual party's election remains confidential and is known only to the Clerk of the Court and not to any Judge of this Court.